**No. 10-1177. Wyeth LLC, et al., Petitioners v. Jeraldine Scofield, et al.**

564 U.S. 1019, 131 S. Ct. 3028, 180 L. Ed. 2d 846, 2011 U.S. LEXIS 4681.

June 20, 2011. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 126 Nev. 446, 244 P.3d 765.

**No. 10-1226. Jose Antonio Rodriguez, Petitioner v. FedEx Freight East, Inc.**

564 U.S. 1019, 131 S. Ct. 3028, 180 L. Ed. 2d 846, 2011 U.S. LEXIS 4639.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 403 Fed. Appx. 55.

**No. 10-1254. Lana Parker, Petitioner v. Richmond County Board of Education.**

564 U.S. 1019, 131 S. Ct. 3028, 180 L. Ed. 2d 846, 2011 U.S. LEXIS 4587,

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 403 Fed. Appx. 477.

**No. 10-1256. Bill Chan, Petitioner v. Craig T. Lund, et al.**

564 U.S. 1019, 131 S. Ct. 3028, 180 L. Ed. 2d 846, 2011 U.S. LEXIS 4733.

June 20, 2011. Petition for writ of certiorari to the Court of Appeal of California, Sixth Appellate District, denied.

Same case below, 188 Cal. App. 4th 1159, 116 Cal. Rptr. 3d 122.

**No. 10-1263. David Johns Bryson, Petitioner v. Oklahoma City, Oklahoma, et al.**

564 U.S. 1019, 131 S. Ct. 3030, 180 L. Ed. 2d 846, 2011 U.S. LEXIS 4685.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 627 F.3d 784.

**No. 10-1270. Garrett Dotch, Petitioner v. Alabama.**

564 U.S. 1020, 131 S. Ct. 3030, 180 L. Ed. 2d 846, 2011 U.S. LEXIS 4695.

June 20, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Alabama denied.

Same case below, 67 So. 3d 936.

**No. 10-1271. Billie Wayne Coble, Petitioner v. Texas.**

564 U.S. 1020, 131 S. Ct. 3030, 180 L. Ed. 2d 846, 2011 U.S. LEXIS 4622.

June 20, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

Same case below, 330 S.W.3d 253.